# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN DECAROLIS, | : | CASE NO. 3:13-cv-00136-GBC |
| Plaintiff, | : | (MAGISTRATE JUDGE COHN) |
| v. | : | ORDER TO DENY PLAINTIFF'S APPEAL, AFFIRM THE DECISION OF THE COMMISSIONER, AND CLOSE THE CASE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | Docs. 6,7,8,11,12 |
| Defendant. | : | |

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Susan Decarolis disability insurance benefits and supplemental security income is affirmed; and

4. The Clerk of Court shall close this case.


Dated: September 30, 2014                           s/Gerald B. Cohn
                                                    GERALD B. COHN
                                                    UNITED STATES MAGISTRATE JUDGE